

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-12-00574-CR

Kevin John **FARESE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 223808
Honorable Jason Pulliam, Judge Presiding

**O R D E R**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Suzanne Kramer, counsel for Appellant Kevin John Farese, and John F. Carroll have filed a Motion for Withdrawal and Substitution of Counsel, requesting that Suzanne Kramer be allowed to withdraw as counsel and John F. Carroll be substituted as counsel for Mr. Farese. The motion does not comply with Texas Rule of Appellate Procedure 6.5(a) because it does not state that Mr. Farese was notified in writing of the right to object to the motion. *See* TEX. R. APP. P. 6.5(a). However, because an opinion in this appeal issued on February 19, 2014, and appellate deadlines are running, we GRANT the Motion for Withdrawal and Substitution of Counsel in the interest of justice. *See* TEX. R. APP. P. 2.

We ORDER substituted counsel John F. Carroll to send a copy of this Order; a copy of the Motion for Withdrawal and Substitution of Counsel; and a copy of this Court's Opinion and Judgment to Appellant Kevin Farese.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court